JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISAAC OCAK, an individual,

    Plaintiff,

vs.

LARRY LONGLEY, an individual, JEFFREY THOMPSON, an individual, SCOTT LUCKIE, an individual, JOSHUA ZIEMER, an individual, and CITY OF SEATTLE, a Washington municipal corporation,

    Defendants.

No.   2:13-cv-00679-BAT

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, Isaac Ocak, and the defendants, City of Seattle, Larry Longley, Jeffrey Thompson, Scott Luckie and Joshua Ziemer ("Defendants"), that this matter has been fully settled and compromised, and, may, therefore, be dismissed, as between the plaintiff and the Defendants, with prejudice and without costs or attorneys' fees to either party.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
2:13-cv-00679-BAT

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
 (206) 684-8200

DATED this 28th day of January, 2015.

PETER S. HOLMES
Seattle City Attorney

By: *s/Christine L. Olson*　　　　　　　　　　By: *s/James C. Egan*
　　Christine L. Olson, WSBA #45416　　　　　　James C. Egan, WSBA #28257
　　Assistant City Attorney　　　　　　　　　　Law Offices of James C. Egan
　　Seattle City Attorney's Office　　　　　　605 1st Avenue, Suite 400
　　600 Fourth Avenue, 4th Floor　　　　　　　Seattle, WA  98104
　　Seattle, WA  98124-4769　　　　　　　　　Telephone:  (206) 749-0333
　　Telephone: (206) 684-8200　　　　　　　　E-Mail:  james@eganattorney.com
　　E-Mail:  christine.olson@seattle.gov

　　Attorney for Defendants City of Seattle,　　Attorney for Plaintiff
　　Larry Longley, Jeffrey Thompson, Scott
　　Luckie, and Joshua Ziemer

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
2:13-cv-00679-BAT

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
 (206) 684-8200

**ORDER**

THIS MATTER having come before this Court upon the foregoing stipulation of the parties hereto, and it appearing to the Court that this matter has been fully settled and compromised as between the plaintiff and the defendants, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this _____ day of _____, 2015.

_____
HONORABLE BRIAN A. TSUCHIDA

Presented by:

PETER S. HOLMES
Seattle City Attorney


By: *s/Christine L. Olson*
    Christine L. Olson, WSBA #45416
    Assistant City Attorney
    Attorney for City of Seattle, Larry Longley,
    Jeffrey Thompson, Scott Luckie, and Joshua Ziemer

Copy Received; Approved For Entry;
Notice of Presentation Waived:


By: *s/James C. Egan*
    James C. Egan, WSBA #28257
    Attorney for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3

(2:13-cv-00679-BAT) - 3

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

CERTIFICATE OF SERVICE

I certify that on the 28th day of January, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

    Christine Olson, christine.olson@seattle.gov

    James C. Egan, james@eganattorney.com

DATED this 28th day of January, 2015.

    *s/Autumn Derrow*
    Autumn Derrow, Legal Assistant

---

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 4

(2:13-cv-00679-BAT) - 4

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200