JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC OCAK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY LONGLEY, an individual, JEFFREY THOMPSON, an individual, SCOTT LUCKIE, an individual, JOSHUA ZIEMER, an individual, and CITY OF SEATTLE, a Washington municipal corporation, <br><br> Defendants. | No.   2:13-cv-00679-BAT <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff, Isaac Ocak, and the defendants, City of Seattle, Larry Longley, Jeffrey Thompson, Scott Luckie and Joshua Ziemer ("Defendants"), that this matter has been fully settled and compromised, and, may, therefore, be dismissed, as between the plaintiff and the Defendants, with prejudice and without costs or attorneys' fees to either party.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
2:13-cv-00679-BAT

Peter S. Holmes
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
(206) 684-8200

DATED this 28th day of January, 2015.

PETER S. HOLMES
Seattle City Attorney

By: *s/Christine L. Olson*
    Christine L. Olson, WSBA #45416
    Assistant City Attorney
    Seattle City Attorney's Office
    600 Fourth Avenue, 4th Floor
    Seattle, WA 98124-4769
    Telephone: (206) 684-8200
    E-Mail: christine.olson@seattle.gov

Attorney for Defendants City of Seattle, Larry Longley, Jeffrey Thompson, Scott Luckie, and Joshua Ziemer

By: *s/James C. Egan*
    James C. Egan, WSBA #28257
    Law Offices of James C. Egan
    605 1st Avenue, Suite 400
    Seattle, WA 98104
    Telephone: (206) 749-0333
    E-Mail: james@eganattorney.com

Attorney for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
2:13-cv-00679-BAT

**Peter S. Holmes**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
PO Box 94769
Seattle, WA 98124-4769
(206) 684-8200

## ORDER

THIS MATTER having come before this Court upon the foregoing stipulation of the parties hereto, and it appearing to the Court that this matter has been fully settled and compromised as between the plaintiff and the defendants, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this 28 day of January, 2015.

_____
HONORABLE BRIAN A. TSUCHIDA

Presented by:

PETER S. HOLMES
Seattle City Attorney

By: s/Christine L. Olson
    Christine L. Olson, WSBA #45416
    Assistant City Attorney
    Attorney for City of Seattle, Larry Longley,
    Jeffrey Thompson, Scott Luckie, and Joshua Ziemer

Copy Received; Approved For Entry;
Notice of Presentation Waived:

By: s/James C. Egan
    James C. Egan, WSBA #28257
    Attorney for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3

(2:13-cv-00679-BAT) - 3

Peter S. Holmes
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200